LOTTIE C. GERNSBACK, Respondent, v. SIDNEY GERNSBACK, Defendant. HUGO

---

* Revd., 261 N. Y. 225.

Gernsback, Appellant.— Order so far as appealed from modified and the motion granted to the extent of requiring the records called for by the subpœna *duces tecum* to be presented in the first instance to the referee for the purpose of determining their materiality and relevancy, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.